# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Michael Odell Fair, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:18-cv-00195-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Jason Munday, | ) | |
| | ) | |
| Defendant, | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 27, 2018 Order.

December 27, 2018

Frank G. Johns, Clerk
United States District Court